IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID CZAPIEWSKI and
ROBERT CIARPAGLINI,

                    Petitioners,

     v.                            ORDER
                                  07-C-549-S

MICHAEL THURMER, MICHAEL MEISNER,
DON STRAHOTA, KATHRYN ANDERSON, BYRAN
BARTOW, AMY FREEMAN and SARAH DONOVAN,

                    Respondents.
_____

     Petitioners have submitted a complaint.  They have now paid the $350.00 filing fee.  The Clerk of Court will issue the summons and it is plaintiffs' responsibility to serve the summons and complaint on defendants.

     Entered this 10th day of October, 2007.

                    BY THE COURT:

                    /s/

                    _____

                    JOHN C. SHABAZ
                    District Judge