IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID CZAPIEWSKI and
ROBERT CIARPAGLINI,

                Petitioners,

   v.                                        ORDER
                                             07-C-549-S

MICHAEL THURMER, MICHAEL MEISNER,
DON STRAHOTA, KATHRYN ANDERSON, BYRAN
BARTOW, AMY FREEMAN and SARAH DONOVAN,

                Respondents.
_____

      The undersigned recuses himself in the above entitled matter.

      Entered this 5th day of November, 2007.

                                              /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge