# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DAVID CZAPIEWSKI,

        Plaintiff,

   v.

BYRAN BARTOW, AMY FREEMAN and
SARAH DONOVAN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 07-cv-549-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER

**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____12/16/08_____
Date